[No. 16448-9-III. Division Three. December 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN N. WILKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-1-00514-3, Carol A. Wardell, J., entered February 4, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 17142-6-III. Division Three. December 3, 1998.]

ALBERT E. DEATLEY, *Appellant*, v. YAKIMA COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-02121-8, Susan L. Hahn, J., entered November 21, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 20124-1-II. Division Two. December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE BRUCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00693-1, Edwin L. Poyfair, J., entered November 13, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 21518-7-II. Division Two. December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LAVERNE TRUEX, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00283-7, George L. Wood, J., entered January 3, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.